**Order entered November 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00771-CV

### SAKINAH BAYNARD, Appellant

### V.

### BLUE MOUNTAIN TX LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02842-E**

### ORDER

The docket sheet included in the clerk's record filed November 10, 2021 concerns an unrelated case. Accordingly, we **STRIKE** the record and **ORDER** Dallas County Clerk John F. Warren to file a corrected record no later than November 19, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE